■ The People of the State of New York, Respondent, v Corey Reingold, Appellant. [58 NYS3d 867]—Appeal by the defendant from an order of the Supreme Court, Queens County (Paynter, J.), dated July 19, 2016, which, after a hearing, designated him a level three sex offender pursuant to Correction Law article 6-C.

Ordered that the order is affirmed, without costs or disbursements.

The defendant was convicted, upon his plea of guilty, of distribution of child pornography. After a hearing pursuant to the Sex Offender Registration Act (*see* Correction Law art 6-C), the Supreme Court declined the defendant's request to downwardly depart from the presumptive risk level assigned by the Board of Examiners of Sex Offenders and instead designated him a level three sex offender.

Contrary to the defendant's contention, the Supreme Court did not improvidently exercise its discretion in declining to downwardly depart from the presumptive risk level, particularly in light of the defendant's admissions to several incidents of sexual contact with children (*see generally People v Gillotti*, 23 NY3d 841, 861 [2014]).

Accordingly, the defendant was properly designated a level three sex offender. Mastro, J.P., Rivera, Sgroi and Maltese, JJ., concur.